1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL L. CHIPMAN,                    No. 2:04-cv-00712-MCE-DAD P

12          Petitioner,

13      vs.                                 ORDER

14   DIANA K. BUTLER, Warden, et al.,

15          Respondents.

16   _____/

17          Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  On February 29, 2008, judgment was entered in this court denying

19   the petition.  On April 4, 2008, petitioner filed a notice of appeal.  Before petitioner can appeal

20   this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R .App. P.

21   22(b).  Federal Rule of Appellate Procedure 22(b) requires the district court judge who rendered

22   a judgment denying such petition to "either issue a certificate of probable cause or state the

23   reasons why such a certificate should not issue."

24   ///

25   ///

26   ///

1

1    The timely filing of a notice of appeal is a jurisdictional requirement.  <u>Scott v. Younger</u>,

2  739 F.2d 1464, 1466 (9th Cir. 1984).  Here, the time limit for filing a notice of appeal following

3  entry of judgment is thirty days.  <u>See</u> Fed. R. App. P. 4(a).  Petitioner's notice of appeal in this

4  action was filed more than thirty days after entry of judgment.

5    The United States Court of Appeals for the Ninth Circuit has held that the issuance of a

6  certificate of probable cause cannot vest the court of appeals with jurisdiction if jurisdiction is

7  not proper in that court.  <u>Hayward v. Britt</u>, 572 F.2d 1324, 1325 (9th Cir. 1978).  The rationale of

8  <u>Hayward</u> applies with equal force to a certificate of appealability.  For these reasons, the court

9  declines to issue a certificate of appealability.

10    IT IS SO ORDERED.

11  Dated:  April 22, 2008

12

13    MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26